WHITE v. LAWYERS' SURETY CO. OF NEW YORK.

(Supreme Court, Appellate Term. June 22, 1903.)

1. APPEAL—ORDERS APPEALABLE.
    Under Laws 1902, pp. 1562, 1563, 1578, c. 580, §§ 253–256, 310, regulating appeals from the Municipal Court, an order making a party defendant is not appealable, as it is not mentioned in such sections.

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Juliet White against the Lawyers' Surety Company of New York. From an order making another party defendant, plaintiff appeals. Dismissed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and MacLEAN, JJ.

J. T. Williamson, for appellant.
L. E. Kuster, for respondent.

PER CURIAM. The appeal is from an order making Oliver T. Sherwood a party defendant. The order was made on the application of Sherwood, and opposed by plaintiff. Appeals from the Municipal Court are regulated by sections 253–256, 310, Municipal Court Act (Laws 1902, pp. 1562, 1563, 1578, c. 580). In none of these sections is power given to appeal from an order of the character here presented.

¶ 1. See Appeal and Error, vol. 2, Cent. Dig. § 651.

The power of the Supreme Court to entertain appeals from the Municipal Court is limited to the cases mentioned in the statute. Pascocello v. R. Co., 26 Misc. Rep. 412, 56 N. Y. Supp. 177.

As the order in question is not appealable, the appeal must be dismissed, with $10 costs and disbursements.